No. 94–1664.  KOON v. UNITED STATES; and
No. 94–8842.  POWELL v. UNITED STATES.  C. A. 9th Cir.  [Certiorari granted, 515 U. S. 1190.]  Motion of counsel for petitioner

Powell to reschedule oral argument in these cases set for January 9, 1996, granted. Oral argument in No. 94–1966, *Loving* v. *United States* [certiorari granted, 515 U. S. 1191], will be heard at 11 a.m., Tuesday, January 9, 1996.